954

No. 77–6144. ADCOCK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6189. COHEN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 77–6190. PEVLOR v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 77–6193. HARRIS, AKA DAVIS v. UNITED STATES; and No. 77–6195. FELDER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6197. RATLIFF v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 77–6198. LYLE v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 77–6199. THUNDERSHIELD v. SOLEM, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–6203. ZINK v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–6210. STAFFORD v. WEBER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–6213. HERNANDEZ ET AL. v. COLORADO. C. A. 10th Cir. Certiorari denied.

No. 77–6223. GRISMORE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6224. SCHOULTZ v. SHERIFF, CARSON CITY, NEVADA. C. A. 9th Cir. Certiorari denied.